# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ABBOTT LABORATORIES, INC.; ABBOTT
PHARMACEUTICALS; ACTAVIS MID-ATLANTIC, LLC;
ANDRX LABORATORIES, INC.; ANIP ACQUISITIONS
CO.; AURIGA PHARMACEUTICALS, LLC; BLANSETT
PHARMACAL COMPANY, INC.; BOCA PHARMACAL,
INC.; BRECKENRIDGE PHARMACEUTICALS,
INC.;CAMLINE, LLC; CARACO PHARMACEUTICALS
LABORATORIES, LTD.; CENTRIX PHARMACEUTICALS,
INC.; CORNERSTONE THERAPEUTICS, INC.; E.
CLAIRBORNE ROBINS COMPANY, INC.; EDWARDS
PHARMACEUTICALS, INC.; FERNDALE LABORATORIES,
INC.; GLENMARK PHARMACEUTICALS, INC.; HARVARD
DRUG GROUP, LLC; MAJOR PHARMACEUTICALS, INC.;
RUGBY LABORATORIES, INC.; HI-TECH PHARMACAL
COMPANY, INC; JAYMAC PHARMACEUTICALS, LLC;
KENWOOD THERAPEUTICS; BRADLEY
PHARMACEUTICALS, INC.; LARKEN LABORATORIES,
INC.; LASER PHARMACEURTICALS, LLC; MARNEL
PHARMACEURTICALS, INC.; MCR AMERICAN
PHARMACEUTICALS, INC.; MEDA PHARMACEUTICALS,
INC.; MIDLOTHIAN LABORATORIES, INC.; MYLAN,
INC.; MYLAN LABORATORIES, INC.; MYLAN
PHARMACEUTICALS, INC.; PERNIX THERAPEUTICS
HOLDINGS, INC.; CYPRESS PHARMACEUTICALS,
INC.; HAWTHORN PHARMACEUTICALS, INC.; ZYBER
PHARMACEUTICALS, INC.; POLY PHARMACEUTICALS,
INC.; PRASCO LABORATORIES; PROPST
DISTRIBUTION, INC.; QUALITEST
PHARMACEUTICALS, INC.; ENDO PHARMACEUTICALS,
INC.; RIVERS EDGE PHARMACEUTICALS, LLC;
SHIONOGI, INC.; TEAMM PHARMACEUTICALS, INC.;
ACCENTIA, INC.; TEVA PHARMACEUTICALS USA,
INC.; GOLDLINE LABORATORIES, INC.; COPLEY
PHARMACEUTICALS, INC.; TEVA WOMEN'S HEALTH,
INC.; UNITED RESEARCH LABORATORIES, INC.;
VISION PHARMA, LLC; WARNER CHILCOTT
CORPORATION; WRASER PHARMACEUTICALS, LLC

NO.  2019 CW 1472

MAR 0 3 2020

---

In Re:    State Of Louisiana, applying for supervisory writs,
          19th Judicial District Court, Parish of East Baton
          Rouge, No. 624522.

---

**BEFORE:    WHIPPLE, C.J., GUIDRY AND BURRIS,[1] JJ.**

**WRIT DENIED.**   The criteria set forth in **Herlitz Construction Company, Inc. v. Hotel Investors of New Iberia, Inc.,** 396 So.2d 878 (La. 1981) (per curiam) are not met.

**VGW**
**JMG**
**WJB**

COURT OF APPEAL, FIRST CIRCUIT

_____
    DEPUTY CLERK OF COURT
        FOR THE COURT

---

[1] Judge William J. Burris, retired, serving _pro tempore_ by special appointment of the Louisiana Supreme Court.